METROPOLITAN LIFE INSURANCE COMPANY, Appellant, *v.* CHILDS COMPANY, Respondent.

(Submitted April 25, 1921; decided May 3, 1921.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 230 N. Y. 285.)